**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed June 27, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00318-CV**

---

**WEBBER, LLC, Appellant**

**V.**

**ROSEMARY GUERRA, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF RODOLFO ORLANDO GUERRA, RODOLFO ORLANDO GUERRA II, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF RODOLFO ORLANDO GUERRA, AND VICTORIA GUERRA, AS WRONGFUL DEATH BENEFICIARY OF RODOLFO ORLANDO GUERRA, Appellees**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2020-30956**

---

**MEMORANDUM OPINION**

This interlocutory appeal is from multiple orders signed May 4, 2023 that, among other things, denied appellant's request for summary judgment pursuant to

section 97.002 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(17). On May 20, 2024, appellant filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.